UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TIFFANY MCDOUGALL,
                             Plaintiff,

               -against-

SAMSUNG ELECTRONICS AMERICA, INC.,
                            Defendant.
------------------------------------------------------------X

23 Civ. 168 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on October 3, 2023, the Court granted Defendant's motion to compel arbitration;

WHEREAS, Plaintiff states she does not intend to pursue arbitration at this time. Accordingly, it is hereby

**ORDERED** that this action is dismissed without costs and without prejudice. Plaintiff may apply to restore this action to the Court's calendar within thirty (30) days of this Order provided that she has commenced arbitration proceedings. Any application to reopen filed thereafter may be denied solely on that basis. Any pending motions are DENIED as moot, and all conferences are CANCELED.

Dated: December 6, 2023
        New York, New York

                                            LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE